963 A.2d 1269

John BECKWITH, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 164 EM 2008.

Supreme Court of Pennsylvania.

Jan. 9, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 9th day of January, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**